1   TRACY L. WILKISON
    Acting United States Attorney
2   DAVID M. HARRIS
    Assistant United States Attorney                    JS-6
3   Chief, Civil Division
    RICHARD M. PARK (CBN 236173)
4   Assistant United States Attorney
    Acting Chief, Financial Litigation Section
5   LOUISA O. KIRAKOSIAN (CBN 271983)
    Assistant United States Attorney
6        Federal Building, Suite 7516AA
         300 North Los Angeles Street
7        Los Angeles, CA 90012
         Telephone: (213) 894-8341
8        Facsimile: (213) 894-7819
         Email: louisa.kirakosian@usdoj.gov
9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA

11            UNITED STATES DISTRICT COURT

12        FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,          No. CV 21-04003  RGK

15            Plaintiff,                  [CR 14-712-SJO]

16       v.                              [~~PROPOSED~~]

17  JOEL BARRY GILLIS,                   **ORDER TO ISSUE WRIT OF
                                         CONTINUING GARNISHMENT**
18            Defendant.                 **[28 U.S.C. § 3205(c)(1)]**

19                                       **AND**

20                                       **ORDER TO ISSUE CLERK'S
                                         NOTICE OF CONTINUING
21                                       POSTJUDGMENT GARNISHMENT
                                         [28 U.S.C. §3202(b)]**
22

23                                       **[PACIFIC PREMIER BANK]**

24

25

26

27

28

The Court, having considered the Application of Plaintiff United States of America for an Order directing the Clerk of the Court to issue a Writ of Continuing Garnishment and a Clerk's Notice of Continuing Garnishment against defendant-judgment debtor Joel Barry Gillis, for nonexempt funds, assets, and/or property in the custody, control, or possession of Garnishee Pacific Premier Bank, and it appearing to the Court that the issuance of such is proper under the circumstances of this case, ORDERS that:

(1) The Clerk of the Court shall issue a writ of continuing garnishment with respect to Garnishee(s) Pacific Premier Bank; and

(2) The Clerk of the Court shall issue a Clerk's Notice of Continuing Postjudgment Garnishment to Joel Barry Gillis

by signing the forms submitted by the United States.

IT IS SO ORDERED.

DATED: June 11, 2021

UNITED STATES DISTRICT JUDGE